# SUPREME COURT OF WISCONSIN

| | |
|---|---|
| CASE NO.: | 2020AP1454 |

| | |
|---|---|
| COMPLETE TITLE: | Neil J. Rennick,<br>       Plaintiff-Appellant,<br>   v.<br>Teleflex Medical Incorporated,<br>       Defendant-Respondent-Petitioner,<br>WEA Insurance Corporation,<br>       Defendant. |

REVIEW OF DECISION OF THE COURT OF APPEALS
Reported at 402 Wis. 2d 308, 974 N.W.2d 982
(2022 – unpublished)

| | |
|---|---|
| OPINION FILED: | April 28, 2023 |
| SUBMITTED ON BRIEFS: | |
| ORAL ARGUMENT: | January 17, 2023 |

| | |
|---|---|
| SOURCE OF APPEAL: | |
|   COURT: | Circuit |
|   COUNTY: | Milwaukee |
|   JUDGE: | Kevin E. Martens |

| | |
|---|---|
| JUSTICES: | |
| Per curiam. | |
| NOT PARTICIPATING: | |
| REBECCA FRANK DALLET, J., did not participate. | |

ATTORNEYS:

For the defendant-respondent-petitioner, there were briefs filed by *Stacy A. Alexejun, Evan W. Thomsen, W. Patrick Sullivan, Ellison F. Hitt, Jeffrey F. Peck* and *Quarles & Brady LLP,* Madison and Milwaukee, *Siesennop & Sullivan, LLP,* Milwaukee, and *Ulmer & Berne LLP,* Cincinnati. There was an oral argument by *Jeffrey F. Peck.*

For the plaintiff-appellant, there was a brief filed by *James J. Kriva, Dustin T. Woehl,* and *Kasdorf, Lewis & Swietlik, SC,* Milwaukee. There was an oral argument by *James J. Kriva.*

An amicus curiae brief was filed by *Josh Johanningmeier, Bryan J. Cahill, Michael X. Imbroscio, Paul W. Schmidt, Gregory L. Halperin,* and *Godfrey & Kahn, S.C.,* Madison, and *Covington & Burling LLP,* Washington D.C. and New York City, for Pharmaceutical Research and Manufacturers of America.

An amicus curiae brief was filed by *James M. Beck, Paul E. Benson,* and *Reed Smith LLP,* Philadephia, and *Michael Best & Friedrich LLP,* Milwaukee, for Product Liability Advisory Council, Inc.

NOTICE

**This opinion is subject to further editing and modification. The final version will appear in the bound volume of the official reports.**

No. 2020AP1454
(L.C. No. 2018CV3317)

STATE OF WISCONSIN : IN SUPREME COURT

**Neil J. Rennick,**

      **Plaintiff-Appellant,**

  **v.**

**Teleflex Medical Incorporated,**

      **Defendant-Respondent-Petitioner,**

**WEA Insurance Corporation,**

      **Defendant.**

**FILED**

**APR 28, 2023**

Sheila T. Reiff
Clerk of Supreme Court

REVIEW of a decision of the Court of Appeals. *Affirmed.*

¶1 PER CURIAM. The court is evenly divided on whether to affirm or reverse the court of appeals' decision in Rennick v. Teleflex Med. Inc., No. 2018CV3317, unpublished slip op. (Wis. Ct. App. Apr. 5, 2022) (per curiam).

Accordingly, the decision of the court of appeals is affirmed.

¶2 REBECCA FRANK DALLET, J., did not participate.